1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 JINYUE SUN,                              )
                                            ) No. C 09-1475 MEJ
13              Plaintiff,                  )
                                            )
14         v.                               ) **PARTIES' CONSENT TO MAGISTRATE**
                                            ) **JUDGE JURISDICTION; STIPULATION**
15 ROSEMARY MELVILLE, District Director,    ) **TO DISMISS; AND [PROPOSED]**
   DHS San Francisco District Office; et al.,) **ORDER**
                                            )
16                                          )
                Defendants.                 )
17 _____ )

18     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

19 Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

20 conduct any and all further proceedings in the case, including trial, and order the entry of a final

21 judgment.

22     Further, Plaintiff, by and through her attorneys of record, and Defendants by and through their

23 attorneys of record, hereby stipulate, to dismissal of the above-entitled action without prejudice in

24 light of the fact that the United States Citizenship and Immigration Services has approved

25 Plaintiff's application for adjustment of status and will issue Plaintiff a permanent resident card

26 within 45 days of the dismissal of this action, absent unforeseen circumstances.

27 ///

28
   Stipulation to Dismiss
   C 09-1475 MEJ                              1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: June 16, 2009                                Respectfully submitted,

3 |                                                     JOSEPH P. RUSSONIELLO
                                                        United States Attorney

4 |

5 |                                                     _____/s/_____
                                                        ILA C. DEISS[1]
6 |                                                     Assistant United States Attorney
                                                        Attorneys for Defendants

7 |

8 |

9 | Date: June 15, 2009                                 _____/s/_____
                                                        ROBERT B. JOBE
10|                                                     Attorney for Plaintiff

11|

12|                                **ORDER**

13| Pursuant to stipulation, IT IS SO ORDERED.  The Clerk of Court shall close the file.

14|

15| Date: June 17, 2009

16|                                                     _____
                                                        MARIA-ELENA JAMES
17|                                                     United States Magistrate Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C 09-1475 MEJ                                2